FILED

04/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0133



# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0133

MEGAN SAYLER,

        Petitioner and Appellee,

        v.

YAN SUN,

        Respondent and Appellant.

**SECOND ORDER OF MEDIATOR APPOINTMENT**

This appeal being subject to M.R.App.P. 7, and the parties having failed to jointly and timely select a mediator under M.R.App.P., 7(4),(c),

On April 6, 2022, Addison Sessions was appointed as mediator; he has since informed this office that he must decline the appointment.

ACCORDINGLY, the appointment of Mr. Sessions is rescinded, and

IT IS ORDERED THAT **MATTHEW B. GALLINGER,** whose name appears next on the list of attorneys desiring appointment as mediators for Domestic Relations appeals which is maintained pursuant to M.R.App.P., 7(4)(e), is hereby appointed to conduct the mediation process required by M.R.App.P., 7(5), and

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P., 7(5)(d) shall run from the date of this order of appointment.

A true copy of this order is being mailed to counsel of record for the parties, or to the parties individually if not represented by counsel, on the date hereof.

DATED this April 11, 2022.

_____
Bowen Greenwood, Clerk of the Supreme Court

c:    Melinda Ann Driscoll, Morgan E. Dake, Penelope S. Strong, Matthew B. Gallinger